UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FB SELECT LLC, <br><br>                               Plaintiff, <br><br>             -against- <br><br> YOGOBOHO INC. et al., <br><br>                             Defendants. | 24-CV-9799 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **December 23, 2024** Order, ECF No. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **March 12, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 18, 2025**.

      SO ORDERED.

Dated: March 14, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge